**APPELLANT'S DESIGNATION OF PORTIONS OF RECORD TO BE INCLUDED IN APPENDIX PURSUANT TO FED. R. APP. P. 30(b)**

# In The United States Court of Appeals

# For The Second Circuit

### Docket No. 14-3490

———◆———

**LEXON INSURANCE COMPANY,**

*Plaintiff-Appellant,*

**vs.**

**WELLS FARGO BANK, N.A.,**

*Defendant-Appellee.*

———————————

ON APPEAL FROM A JUDGMENT, ENTERED AUGUST 21, 2014, OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (CIVIL ACTION NO. 13-CV-003407-AKH)

———————————

Lexon Insurance Company (herein after "Lexon"), appellant herein, by Andrew S. Kent, Esq., counsel at Wolff & Samson PC, designates the following as the portions of the record which it intends to include in the appendix to the brief:

1. The docket entries in the district court as certified by the clerk of said court and transmitted by the clerk to this Court.

2. The following pleadings of the parties:

    (a.)    Complaint, Filed May 21, 2103 [Docket Entry No. 1];

    (b.)    Answer, Filed July 26, 2013 [Docket Entry No. 8];

4852355.1

(1.)     Exhibit A to Foregoing Answer – February 22, 2008 Credit Agreement [Docket Entry Nos. 8.1, 8.2 and 8.3];

(2.)     Exhibit B to Foregoing Answer – February 22, 2008 Security Agreement [Docket Entry Nos. 8.4 and 8.5];

(3.)     Exhibit C to Foregoing Answer – UCC Financing Statements [Docket Entry No. 8.6];

(c.)    Defendant's Notice of Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c), Filed December 9, 2013 [Docket Entry No. 12];

(d).    Defendant's Memorandum of Law in Support of Motion for Judgment on the Pleadings, Filed December 9, 2013 [Docket Entry No. 13];

(e).    Plaintiff's Cross-Notice of Motion for Leave to File a First Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2), Filed January 10, 2014 [Docket Entry No. 15];

(f.)    Plaintiff's Brief in Opposition to Defendant's Motion for Judgment on the Pleadings and in Support of Its Cross-Motion For Leave to File a First Amended Complaint, Filed January 10, 2014 [Docket Entry No. 16];

(g.)    Declaration of Counsel Andrew S. Kent, Filed January 10, 2014, in Opposition to Defendant's Motion for Judgment on the Pleadings and in Support of Its Cross-Motion For Leave to File a First Amended Complaint [Docket Entry No. 17]

(1.)     Exhibit A to Foregoing Kent Declaration – Lexon's Proposed First Amended Complaint [Docket Entry No. 17-1];

(a.)     Exhibit 1 to Foregoing Proposed First Amended Complaint – "Factoring Agreement (Collection)," Dated February 22, 2008, Between Accessory Network Group ANG and Wells Fargo Bank, NA [Docket Entry No. 17-2];

2

4852355.1

(b.)    Exhibit 2 to Foregoing Proposed First Amended Complaint – "Peaceful Possession of Collateral Agreement," Dated November 28, 2011 [Docket Entry No. 17-3];

(c.)    Exhibit 3 to Foregoing Proposed First Amended Complaint – "Secured Party Bill of Sale," Dated March 6, 2012 [Docket Entry No. 17-4];

(2.)    Exhibit B to Foregoing Kent Declaration – Several Demands received by Lexon From The Department of Homeland Security, U.S. Customs and Border Protection [Docket No. 17-5];

(3.)    Exhibit C to Foregoing Kent Declaration – Email, Dated November 11, 2013, From Andrew S. Kent, Esq. to Richard G. Haddad, Esq. [Docket No. 17-6];

(4.)    Exhibit D to Foregoing Kent Declaration – Email, Dated December 4, 2013, From Andrew S. Kent, Esq. to Richard G. Haddad, Esq. [Docket No. 17-7];

(5.)    Exhibit E to Foregoing Kent Declaration – Email, Dated December 12, 2013, From Richard G. Haddad, Esq. to Andrew S. Kent, Esq. [Docket No. 17-8];

(h.)    Defendant's Reply Memorandum in Further Support of Its Motion for Judgment on the Pleadings and in Opposition to Plaintiff's Cross-Motion for Leave to file a First Amended Complaint, Filed January 31, 2014 [Docket No. 19];

(i)    Order of Honorable Alvin K. Hellerstein, U.S.D.J., Filed August 20, 2014, Granting Motion for Judgment on the Pleadings and Denying Cross-Motion to Amend the Complaint [Docket No. 20];

(j.)    Clerk's Judgment, Filed August 21, 2014, Sought to be Appealed [Docket No. 21];

(k.)    Plaintiff's Notice of Appeal, Filed September 18, 2014 [Docket No.

4852355.1

22].

The Appellee may, within 14 days after receiving this designation, serve on Appellant a designation of additional parts to which it wishes to direct the Court's attention pursuant to Fed. R. App. P. 30(b)(1).


Dated: October 2, 2014
      West Orange, New Jersey

Andrew S. Kent, Esq.
Wolff & Samson, PC
One Boland Drive
West Orange, New Jersey 07052
(973) 325-1500
Fax No. (973) 325-1501
Email: akent@wolffsamson.com

*Attorneys for Plaintiff-Appellant*
*Lexon Insurance Company*

4